***E-FILED - 6/17/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | No. C 02-5603 RMW (PR) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR DISPOSITIVE MOTION AND TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAPLAN, et al., | |
| Defendants. | |
| | (Docket No. 89) |

Defendants have requested an extension of time in which to file their dispositive motion and file their opposition to plaintiff's motion for summary judgment. Having read and considered defendants' request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that defendants' request for an extension of time is GRANTED. Defendants shall file their dispositive motion no later than **July 13, 2009**. Plaintiff's opposition to the dispositive motion shall be filed with the court and served on defendants no later than **August 12, 2009**. Defendants reply brief shall be do no later than **August 17, 2009**.

Defendant's opposition to plaintiff's motion for summary judgment shall be due no later than **July 13, 2009**. Plaintiff's reply for support of his motion for summary judgment shall be due no later than **August 12, 2009**. No further extensions of time will be granted.

Order Granting Defendants' Motion for Extension of Time to File Their Dispositive Motion and to File Opposition to Plaintiff's Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\Cr.02\Jenkins603.EOT.wpd

1   This order terminates docket no. 89.
2   IT IS SO ORDERED.
3   Dated:   6/16/09



RONALD M. WHYTE
United States District Judge