***E-FILED - 9/13/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR.,<br><br>      Plaintiff,<br>  v.<br><br>CAPLAN, et al.,<br><br>      Defendants. | No. C 02-5603 RMW (PR)<br><br>ORDER DIRECTING DEFENDANTS TO SHOW CAUSE OR FILE STATEMENT OF NON-OPPOSITION |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 7, 2007, plaintiff filed a third amended complaint. On February 9, 2010, the court granted defendants' motion to dismiss for failure to exhaust and dismissed all defendants except Caplan, who had yet to be served.

In light of Rhodes v. Robinson, No. 08-16363 (9th Cir. Sept. 8, 2010), respondent is directed to show cause why the court should not vacate its February 9, 2010 order. Within **seven (7) days** of the filing date of this order, defendants shall file a response or statement of non-opposition. If defendants fail to file a response, the court will assume that defendants do not oppose vacating the February 9, 2010 order.

IT IS SO ORDERED.

DATED: 9/13/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Directing Defendants to Show Cause or File Statement of Non-Opposition
P:\PRO-SE\SJ.Rmw\CR old\Cr.02\Jenkins603rhodes.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22  On  9/13/10                    , a copy of this ruling was mailed to the following:

23  Robert Lee Jenkins, Jr.
    H-53355
24  CMC - East   AQ 1134
    P.O. Box 8101
25  San Luis Obispo, CA 93409-8101

26
27
28

Order Directing Defendants to Show Cause or File Statement of Non-Opposition
P:\PRO-SE\SJ.Rmw\CR old\Cr.02\Jenkins603rhodes.wpd 2