*E-FILED - 10/1/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT LEE JENKINS, JR., <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONAL OFFICER CAPLAN, et al., <br><br> Defendants. | Case No. C 02-5603 RMW <br><br> [] ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO RESPOND TO COURT'S SEPTEMBER 13, 2010 ORDER TO SHOW CAUSE |

Counsel for Defendants filed a request for additional time, up to and including October 4, 2010, in which to file a response to the Court's September 13, 2010 order to show cause.

The Court has considered Defendants' request, and finds good cause to grant this request.

**ACCORDINGLY, IT IS ORDERED** that Defendants' motion is GRANTED and the time to file a response to the order to show cause is extended for fourteen-days, up to and including October 4, 2010.

Dated: 10/1/10

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[] Order (C 02-5603 RMW)