*E-FILED - 6/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ROBERT LEE JENKINS, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**CORRECTIONAL OFFICER CAPLAN, et al.,**<br><br>Defendants. | C 02-5603 RMW<br><br>**[] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

For good cause appearing, Defendants' request for an extension of time to file a dispositive motion is granted. Defendants may file a dispositive motion on or before June 27, 2011.

Plaintiff's opposition to the dispositive motion shall be filed no later than thirty days after the date on which Defendants' motion is filed.

Defendants <u>shall</u> file a reply brief no later than fifteen days after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: 6/3/11

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Judge

1

[] Order Granting Defs.' Mot. Extension Time  (C 02-5603 RMW)