**E-FILED on 12/3/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | No. C 02-5603 RMW (PR) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS |
| v. | |
| CAPLAN, et al., | |
| Defendants. | (Docket No. 194.) |

On June 7, 2007, plaintiff Robert Lee Jenkins, Jr., proceeding pro se, filed a third amended civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment. On March 30, 2012, the court granted defendants' motion for summary judgment. (Doc. No. 190.) Plaintiff has filed a motion for transcripts. (Doc. No. 194).

Given that there were no hearings held in this case, there are no transcripts. Plaintiff's motion is therefore DENIED.

This order terminates docket no. 194.

DATED: 11/30/12

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Plaintiff's Motion for Transcripts
G:\PRO-SE\SJ.Rmw\CR old\Cr.02\Jenkins603deny-trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JENKINS,

         Plaintiff,

  v.

CAPLAN ET AL et al,

         Defendant.

Case Number: CV02-05603 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Lee Jenkins H-53355
A3-144-L
High Desert State Prison
Post Office Box 3030
Susanville, CA 96127

Dated: December 3, 2012

                                              Richard W. Wieking, Clerk
                                              By: Jackie Lynn Garcia, Deputy Clerk